# United States District Court
# For The Western District of North Carolina
# Statesville Division

Brian Kelly Ferguson,

        Plaintiff,

vs.

Captain Chris Brackett,

        Defendant.

SUMMARY JUDGMENT
IN A CIVIL CASE

5:08-cv-67-GCM

DECISION BY COURT. This action having come before the Court by motions for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2009 Order.

May 12, 2009

FRANK G. JOHNS, CLERK

BY: s/Gwendolyn Brinley
      Gwendolyn Brinley, Deputy Clerk